United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ADRIAN HERNANDEZ MALDONADO | § | |
| | § | |
| v. | § | CIVIL CASE NO. 5:26-CV-1287 |
| | § | |
| EXEL, INC. D/B/A DHL SUPPLY | § | |
| CHAIN USA, *et al.* | § | |

## REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is Defendant Exel, Inc., DBA DHL Supply Chain USA's Partial Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), (Dkt. No. 2). Defendant's Motion was referred by United States District Judge Marina Garcia Marmolejo to the Undersigned for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). (Dkt. No. 7). Having considered Defendant's Motion, Plaintiff's Response, Plaintiff's First Amended Complaint, Defendant's Partial Motion to Dismiss Plaintiff's First Amended Complaint, (Dkt. Nos. 2, 11, 15, 16), and all applicable law, the Undersigned **RECOMMENDS** Defendant's Motion, (Dkt. No. 2), be **DENIED AS MOOT**.

## BACKGROUND AND RECOMMENDATION

Since the filing of Defendant's Motion, Plaintiff filed his First Amended Complaint, (Dkt. No. 15), in which he removed his claims of gross negligence; negligence per se; and negligent entrustment, driver qualifications, contracting, maintenance, hiring, training, supervision, and retention. (*Compare* Dkt. No. 1-2 at 3–5 *with* Dkt. No. 15 at 2). Plaintiff retained a general allegation of negligence against Defendant and his request for punitive damages. (Dkt. No. 15 at 2, 4).

In response, Defendant filed its Partial Motion to Dismiss Plaintiff's First Amended Complaint, withdrawing its earlier Motion, (Dkt. No. 2), asking the Court to terminate it as moot, and arguing that Plaintiff's request for punitive damages and allegation of direct

negligence in his Amended Complaint should be dismissed with prejudice. (Dkt. No. 16 at 2, 4–10).

Because Plaintiff's Amended Complaint supersedes his First Amended Petition, (Dkt. No. 1-2), and Defendant has withdrawn its earlier Partial Motion to Dismiss, the Undersigned **RECOMMENDS** Defendant's Partial Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6), (Dkt. No. 2) be **DENIED AS MOOT**.[1]

## WARNINGS

Within fourteen days after being served with a copy of this Report and Recommendation, the parties may file written objections to the findings and recommendations proposed above. 28 U.S.C. § 636(b)(1). The District Judge will review de novo those portions of the report or specified proposed findings or recommendations to which the party objects. The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by this Court, and may also receive further evidence or recommit the matter to this Court with instructions. *Id.* The District Court need not consider frivolous, conclusive, or general objections. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987).

If a party does not object within fourteen days, the party forfeits its right to District Court review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen days after service shall bar an aggrieved party from *de novo* review by the District Court of the proposed findings and recommendations and from appellate review of factual findings

[1] *See King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994) ("An amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading."); *Comb v. Benji's Special Educ. Acad., Inc.*, 745 F. Supp. 2d 755, 773 (S.D. Tex. 2010) (denying as moot a motion to dismiss in light of the filing of an amended complaint).

accepted or adopted by the District Court, except on grounds of plain error or manifest injustice.

**SIGNED** on October 14, 2026.

Brian C. Bajew
United States Magistrate Judge