United States District Court
Southern District of Texas
**ENTERED**
November 10, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ADRIAN HERNANDEZ MALDONADO | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1287 |
| | § | |
| EXEL, INC. D/B/A DHL SUPPLY CHAIN | § | |
| USA *et al.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court referred Defendant Exel, Inc., d/b/a DHL Supply Chain's Partial Motion to Dismiss to United States Magistrate Judge Brian C. Bajew for a Report and Recommendation (Dkt. No. 7). Judge Bajew recommended denying the motion as moot based on Defendant's request to withdraw the motion (Dkt. No. 18). The fourteen-day objection period has lapsed, and no party objected to this recommendation. *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge Bajew's Report and Recommendation (Dkt. No. 18). Accordingly, Defendant Exel, Inc., d/b/a DHL Supply Chain's Partial Motion to Dismiss (Dkt. No. 2) is **DENIED AS MOOT.**

It is so **ORDERED**.

**SIGNED** November 10, 2026.

Marina Garcia Marmolejo
United States District Judge